Christopher G. Addy, Esq. (SBN: 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 271;
F: (866) 799-3206
caddy@consumerlawcenter.com
Attorney for Plaintiff,
DAVID HUDSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID HUDSON, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| ZWICKER & ASSOCIATES, P.C., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**VERIFIED COMPLAINT**

DAVID HUDSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against ZWICKER & ASSOCIATES, P.C. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

PLAINTIFF'S COMPLAINT

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

7. Plaintiff is a natural person residing in Manteca, San Joaquin County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a national company with a business office located in Andover, Massachusetts.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant is contacting Plaintiff regarding an alleged debt with GE Money Bank.

13. Plaintiff advised Defendant that his attorney was in the process of resolving the matter directly with the original creditor, GE Money Bank and to please contact his attorney regarding the alleged debt.

14. Defendant's representative told Plaintiff "we do not deal with litigation stuff".

15. Defendant continued to contact Plaintiff after knowing that Plaintiff was represented by an Attorney.

16. Defendant contacted Plaintiff on at least three separate occasions after being informed the Plaintiff was represented by counsel.

17. In two of said calls, pre-recorded voice messages were left by Defendant requesting Plaintiff return its call.  When Plaintiff returned the calls he again informed Defendant that he was represented by Counsel and again requested that Defendant cease all contacts to him directly and to call his attorneys.

18. In one of said calls as described in paragraph 16 above, Defendant's representative called Plaintiff and again requested if he was represented by counsel.  Plaintiff again informed Defendant that he was represented by counsel.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated §*1692c(a)(2)*of the FDCPA by contacting Plaintiff after knowing that Plaintiff is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address; and

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

WHEREFORE, Plaintiff, DAVID HUSON, respectfully requests judgment be entered against Defendant, ZWICKER & ASSOCIATES, P.C., for the following:

20. Statutory damages of $1000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k;* and

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*, as set forth in paragraph 19 above.

WHEREFORE, Plaintiff, DAVID HUDSON, respectfully requests judgment be entered against Defendant, ZWICKER & ASSOCIATES, P.C., for the following:

25. Statutory damages of $1000.00, pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DAVID HUDSON, demands a jury trial in this cause of action.

                                                  RESPECTFULLY SUBMITTED,

DATED: 03/16/2011                KROHN & MOSS, LTD.

                                    By:   /s/ Christopher G. Addy
                                                  Christopher G. Addy, Esq.
                                                  Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF CALIFORNIA)

Plaintiff, DAVID HUDSON, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit that I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DAVID HUDSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 3/28/11                                         _____
                                                                    DAVID HUDSON

PLAINTIFF'S COMPLAINT