RAYMOND J. LEE, ESQ., State Bar #219811
ZWICKER & ASSOCIATES, P.C.
California Office
199 S. Los Robles Ave., Suite 410
Pasadena, CA 91101
Telephone:  (626) 793-9703
Facsimile:   (626) 793-9458
rlee@zwickerpc.com
Attorneys for Defendant
ZWICKER & ASSOCIATES, P.C.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID HUDSON,** | Case No. 2:11-cv-00720-JAM-EFB |
| **Plaintiff** | |
| v. | ORDER |
| **ZWICKER & ASSOCIATES, P.C.,** | |
| **Defendant.** | |

   Pursuant to the parties' Stipulation to Set Aside Default, IT IS SO ORDERED that the default is set aside.

Dated:  6/27/2011

                              /s/ John A. Mendez_____
                              Hon. John A Mendez
                              United States District Judge

1

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing:

**[PROPOSED] ORDER - STIPULATION TO SET ASIDE DEFAULT**

has been served on Plaintiffs' attorney below through the Court's ECF system,, on this 27th day of June 2011:

By: /s/  Raymond J. Lee
Raymond J. Lee, Esq.
ZWICKER & ASSOCIATES, P.C.
Attorneys for Zwicker & Associates, P.C.

SERVICE LIST:

Christopher G. Addy, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
caddy@consumerlawcenter.com
Attorneys for Plaintiff,
DAVID HUDSON

PDF created with pdfFactory trial version www.pdffactory.com