**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HUDSON,<br><br>       Plaintiff,<br><br>  v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>       Defendant. | **Case No.: 2:11-cv-00720-JAM-EFB**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   10/3/2011

                                    /s/ John A. Mendez_____
                                    U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com